# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**RICKY ASHLEY**                                                                 **PLAINTIFF**
**ADC #099718C**

**V.**                   **CASE NO: 4:20-CV-00566 JM**

**DOES**                                                                  **DEFENDANTS**

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 10th day of June, 2020.

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE